# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

| | | |
|---|---|---|
| Nannette Mercier <br><br> *Plaintiff(s)* <br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> MBddL Royal American <br><br> *Defendant(s)* <br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 22-cv-22568-Altman <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☐ Yes ☐ No <br><br> FILED BY _____ D.C. <br> AUG 12 2022 <br> ANGELA E. NOBLE <br> CLERK U.S. DIST. CT. <br> S. D. OF FLA. - MIAMI |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Nannette Mercier
  Street Address: 532 Michigan Ave Apt 102
  City and County: Miami Beach
  State and Zip Code: Florida 33139
  Telephone Number: 786-771-3383
  E-mail Address: Nannette1953@yahoo.com

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    Defendant No. 1
        Name                               _____
        Job or Title *(if known)*      _____
        Street Address                _____
        City and County              _____
        State and Zip Code         _____
        Telephone Number         _____
        E-mail Address *(if known)*   _____

    Defendant No. 2
        Name                               _____
        Job or Title *(if known)*      _____
        Street Address                _____
        City and County              _____
        State and Zip Code         _____
        Telephone Number         _____
        E-mail Address *(if known)*   _____

    Defendant No. 3
        Name                               _____
        Job or Title *(if known)*      _____
        Street Address                _____
        City and County              _____
        State and Zip Code         _____
        Telephone Number         _____
        E-mail Address *(if known)*   _____

    Defendant No. 4
        Name                               _____
        Job or Title *(if known)*      _____
        Street Address                _____
        City and County              _____
        State and Zip Code         _____
        Telephone Number         _____
        E-mail Address *(if known)*   _____

II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? (check all that apply)

[X] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Under federal Law for Housing HUD Discrimination, Eldely, Diseorer Individual

B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, (name) _____, is a citizen of the State of (name) _____.

   b. If the plaintiff is a corporation
      The plaintiff, (name) MBCDC, Royal American, is incorporated under the laws of the State of (name) Florida, Miami Dade, and has its principal place of business in the State of (name) Miami Beach Florida

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, (name) Nannette Mercier, is a citizen of the State of (name) Florida. Or is a citizen of (foreign nation) _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I gave a Commendation form To be Transfer for a apt That have the Critary of easy entry to my apt & Scooter, In my building 532 Michigan Ave apt 102 Miami Beach 33139 have to door heavy to get in the building were Is a building Low Income & section 8. No Electric entry.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Im a handycup Tenent for 4 yrs. I revuested a automatic door in 2020 And they said it was to expansy but. CODIV came. Now the had a apt perfect Next building 530 Michigon Ave apt 103 Miami Beach fl. 33139 The project manger ask for me to fill out a accomendation form. But he when on May 25, 2022 get the apt to somebody else. Wint a Lease of June 1, 2022. My handycup it more serious Them of Done on.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08-12-2022

Signature of Plaintiff: _[signature]_
Printed Name of Plaintiff: Nannette Mercia

B. **For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____